```
Fri Oct 26 16:08:58 2001

UNITED STATES DISTRICT COURT
SCRANTON       , PA

Receipt No.   333 85640
Cashier          rich

Tender Type  CHECK

Check Number: 2221 60047967

Transaction Type   AR

DØ Code    Div No    Acct
 4667        3       5100PL

Amount              $    22.76

FRANK LOCSKAI    LSCI ALLENWOOD
ALLENWOOD, PA

PARTIAL FILING FEE - CV-00-0334


cn

Fri Oct 26 16:00:50 2001

Check No. 2221 60047967
Amount$   22.76
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4667
```

1:00 CV 0334

Termed
PRSLC (Hehemelfery)