```
Thu Jan 10 14:54:00 2002

UNITED STATES DISTRICT COURT
    SCRANTON    , PA

Receipt No.  333 86515
Cashier      rich

Tender Type  CHECK

Check Number: 2221 09558389

Transaction Type   AR

DB Code   Div. No   Acct
 4667       3      0869PL

Amount       $      4.54

FRANK LOCSKAI 09001067 LSCI ALLENWOO
D

PARTIAL FILING FEE 00-CV-334




cn

Thu Jan 10 14:54:00 2002

Check No. 2221 09558389
Amount     4.54
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 602
```

CFR
1-17-02
(21)
(IN)

1:00CV334

TERMEN

| | | |
|---|---|---|
| NOTICE TO CHECK RECIPIENT | TREASURY-FINANCIAL MANAGEMENT SERVICE | TFS FORM 3039 (Rev.) |
| VENDOR NAME: U.S. DISTRICT COURT | VENDOR I.D. NUMBER: | 109001067 |
| AGENCY NAME AND BILLING ADDRESS: DEPT OF JUSTICE BUREAU OF PRISONS 600 E ST NW ROOM 4029 WASH DC 20530 | U.S. TREASURY REG. FINANCIAL CENTER: | AUSTIN, TEXAS |
| | CHECK NUMBER: 2221-09558389 | CHECK AMOUNT: $******4.54 | CHECK DATE: 01-07-02 |

PAYMENT IDENTIFICATION DATA:
22014563DOC   1 00-CV-00334
LOCSKAI,FRANK 09001067
LSCI ALLENWOOD

FOR INFO CALL 202-307-3052

AGENCY SCHEDULE NUMBER: 0002S00104
AGENCY TELEPHONE NUMBER: 202-307-3052

# NON NEGOTIABLE

0869

THIS NOTICE IDENTIFIES THE INVOICE, PURCHASE ORDER OR SIMILAR DOCUMENT NUMBERS TO WHICH THE ENCLOSED CHECK RELATES.